UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DYLAN JENELLE THREADGILL,**

    **Plaintiff,**

v.                                          Case No. 3:20cv5606-TKW-HTC

**PAMELA DENNARD, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 3). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that venue is improper in this District and that the case should be transferred to the United States District Court for the Northern District of California where the events giving rise to the claim occurred.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **TRANSFERRED** to the United States District Court for the Northern District of California, and the Clerk shall close the file in this Court.

**DONE and ORDERED** this 14th day of August, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**