United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN JENELLE THREADGILL,<br>　　　　　Plaintiff,<br>　　v.<br>PAMELA DENNARD,<br>　　　　　Defendant. | Case No. 20-cv-05713-KAW<br><br>**ORDER TO SHOW CAUSE** |

On June 30, 2020, Plaintiff Dylan Jenelle Threadgill filed the instant case in the United States District Court for the Northern District of Florida. (Dkt. No. 1.) At the time of filing, Plaintiff did not file an application to proceed *in forma pauperis* or pay the filing fee. (Dkt. No. 1.) The case was subsequently transferred to the United States District Court for the Northern District of California. (Dkt. No. 4.)

Other than the filing of his complaint, Plaintiff has taken no action in this case. Accordingly, the Court ORDERS Plaintiff to show cause, by **April 12, 2023**, why this case should not be dismissed for failure to prosecute by: (1) paying the filing fee or an application to proceed *in forma pauperis*, and (2) explaining why Plaintiff has taken no action in this case since June 30, 2020. Failure to comply with this order will result in the Court reassigning this case to a district judge and recommending that the case be dismissed for failure to prosecute.

Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. While the Help Desk does not provide legal representation, a licensed attorney may assist Plaintiff in determining whether there are viable claims, and how to properly plead them.

Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants

in presenting their case.  This manual, and other free information for pro se litigants, is available online at: *http://cand.uscourts.gov/proselitigants*.

    IT IS SO ORDERED.

Dated: March 17, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge