UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN JENELLE THREADGILL,<br>　　　　Plaintiff,<br>　　v.<br>PAMELA DENNARD,<br>　　　　Defendant. | Case No. 20-cv-05713-KAW<br><br>**SECOND ORDER TO SHOW CAUSE** |

On June 30, 2020, Plaintiff Dylan Jenelle Threadgill filed the instant case in the United States District Court for the Northern District of Florida but did not file an application to proceed *in forma pauperis* or pay the filing fee. (Dkt. No. 1.) The case was subsequently transferred to the United States District Court for the Northern District of California. (Dkt. No. 4.) On March 17, 2023, because Plaintiff had taken no action in this case since the filing of the complaint, the Court ordered Plaintiff to show cause by April 12, 2023 "why this case should not be dismissed for failure to prosecute by: (1) paying the filing fee or an application to proceed *in forma pauperis*, and (2) explaining why Plaintiff has taken no action in this case since June 30, 2020." (Dkt. No. 7.) Plaintiff did not respond to the order to show cause and the copy of the order mailed to him was returned as undeliverable. (Dkt. No. 8.)

Pursuant to Local Civil Rule 3-11(a), "a party proceeding pro se whose address changes while an action is pending must promptly file with the Court … a Notice of Change of Address specifying the new address." Accordingly, the Court ORDERS Plaintiff to show cause, by **May 19, 2023**, why this case should not be dismissed for failure to prosecute based on his failure to file a Notice of Change of Address as required by the Local Rule and failure to pay the filing fee or file a motion to proceed *in forma pauperis* in violation of the Court's previous order to show

1  cause.  Failure to comply with this order will result in the Court reassigning this case to a district
2  judge and recommending that the case be dismissed for failure to prosecute.
3       Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a
4  free service for pro se litigants—by calling (415) 782-8982 to make an appointment.  While the
5  Help Desk does not provide legal representation, a licensed attorney may assist Plaintiff in
6  determining whether there are viable claims, and how to properly plead them.
7       Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants
8  in presenting their case.  This manual, and other free information for pro se litigants, is available
9  online at:  *http://cand.uscourts.gov/proselitigants*.

11  IT IS SO ORDERED.
12  Dated: May 2, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2