UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN JENELLE THREADGILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAMELA DENNARD,<br><br>　　　　　Defendant. | Case No. 20-cv-05713-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS CASE**<br><br>Re: Dkt. No. 11 |

　　　The Court has reviewed Magistrate Judge Westmore's Report and Recommendation to Dismiss Case. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute. The Clerk is directed to enter judgment in favor of Defendant and close the case.

　　　**IT IS SO ORDERED.**

Dated: July 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge